## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Monica Peralta

                          Plaintiff,

v.                                                Case No.: 1:15−cv−11240

                                                         Honorable Thomas M. Durkin

La Placita DGO, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 29, 2016:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 4/29/2016. On plaintiff's oral motion, this action is hereby dismissed without prejudice with leave to move to reinstate on or before May 31, 2016. Absent a timely filed motion to reinstate, this dismissal will become final with prejudice on June 1, 2016. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.